

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOHN D. FERRARA, | § | No. 08-22-00076-CV |
| Appellant, | § | Appeal from the |
| v. | § | 250th District Court |
| KIM VICKERS-PUBLIC OFFICIAL OF THE TEXAS COMMISSION ON LAW ENFORCEMENT, | § | of Travis County, Texas |
| | § | (TC# D-1-GN-22-00205) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the trial court's judgment of dismissal with prejudice. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF DECEMBER, 2022.

SANDEE B. MARION, Chief Justice (Ret.)

Before Rodriguez, C.J., Alley, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.)(Sitting by Assignment)